## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

FREDERICK BANKS,                                                                          PLAINTIFF
REG. #05711-068

v.                                         No. 2:12CV00138 JLH/JTR

FEDERAL BUREAU OF PRISONS, et al.                                              DEFENDANTS

### JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to the three strikes rule in 28 U.S.C. § 1915(g).  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 18th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE